# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 15, 2020

## NO. 03-19-00505-CV

**Knot Anymore, LLC, Appellant**

**v.**

**Cyn Rod, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
## VACATED AND REMANDED -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on July 16, 2019. Appellant has filed an unopposed motion to dismiss the appeal and remand the case to the trial court, and having considered the motion, the Court agrees that the motion should be granted in part. Therefore, the Court grants the motion in part; sets aside the trial court's judgment without regard to the merits; and remands this case to the trial court for rendition of judgment in accordance with the parties' agreement. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.